### DOUGLAS PLANING MILL & NOVELTY COMPANY *v.* ANDERSON.

LUMPKIN, J. Evidence that a named person, "manager for the plaintiff" (a corporation), owed the defendant a specified amount, for which such defendant set up a counter-claim by plea of set-off, did not prove an indebtedness by the corporation or authorize a verdict to be directed against it therefor.

*Judgment reversed. All the Justices concur, except Fish, C. J., absent.*

Submitted July 18, 1906.—Decided February 14, 1907.

Complaint. Before Judge O'Steen. Douglas superior court. November 23, 1905.

*Lankford & Dickerson,* for plaintiff.